UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIO HERNANDEZ-PEREZ | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NUMBER: |
| THE UNITED STATES OF AMERICA | * | |
| | * | SECTION: |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**COMPLAINT FOR DAMAGES**
**UNDER FEDERAL TORT CLAIMS ACT**

**NOW COMES**, Julio Hernandez-Perez (complainant), a person of the full age of majority and a resident of the Parish of Jefferson, State of Louisiana, and for complaint against the United States of America, on behalf of the United States Postal Service, respectfully avers:

I.

Made defendant herein is the United States of America, on behalf of the United States Postal Service, a Federal agency of the United States of America.

II.

Jurisdiction is grounded on the Federal Tort Claims Act as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988, 28 U. S. C. § 1346: et. seq., and 28 U.S.C. § 2671, et seq., and 28 U. S. C. § 1331.

III.

At all times material herein, the United States of America through the United States Postal Service was the registered owner of a 1989 Grumman ALL LLV, mail truck VIN

1

1GBCS10E1L2306632, that was involved in a collision with a vehicle owned and operated by complainant.

IV.

At all times material herein, the United States of America through the United States Postal Service was the employer of Nathaniel Sartin who, on January 28, 2016 was the authorized driver of the United States Postal Service vehicle described above.

V.

On January 28, 2016, complainant was driving his vehicle in a Westerly direction on Navarre Avenue, in the Parish of Orleans, State of Louisiana, when suddenly and without warning the 1989 Grumman ALL LLV described above, which was operated by Nathaniel Sartin and was also traveling Westbound on Navarre Avenue, sideswiped the 2004 Ford F-150 occupied by complainant as the 1989 Grumman ALL LLV attempted to take a wide right turn on to Canal Boulevard, causing personal injuries, property damage, and other damages to complainant.

VI.

On January 28, 2016, complainant was caused to suffer injuries, property damage, and other damages as a result of the sole negligence of Nathaniel Sartin, who was in the course and scope of his employment with, and the operator of the above described vehicle owned and operated by the United States of America through the Unites States Postal Service in the following particulars:

    1      Failing to maintain a proper lookout;

    2.     Failing to see what he should have seen;

    3.     Failing to do what he should have done;

    4.     Failing to exercise due care and caution for safety of other motorist;

5. Failing to employ the brakes properly on the vehicle he was operating;

6. Failing to maintain adequate and proper control of his vehicle;

7. Driving recklessly and carelessly without regard for the rights and safety of others;

8. Failing to obey the rules of the road;

9. Failing to do anything to avoid this accident;

10. Failing to exercise proper lane usage;

11. Failing to use due vigilance;

12. Taking a wide right turn;

13. Striking the vehicle occupied by plaintiff; and

14. Any such other acts of negligence as are indicated by the facts alleged herein and as shall be shown at time of trial;

All contrary to and in violation of the laws of the Parish of Orleans, State of Louisiana, which are specifically pleaded herein by reference as though copied *in extenso*.

VII.

The said collision did not result from any negligence whatsoever on the part of the complainant, but was due solely and only through the fault and negligence of Nathaniel Sartin.

VIII.

As a result of said accident described herein, complainant has suffered medical expenses, property damage, damages for pain and suffering, loss of the enjoyment of life, and any and all other damages that may be proved at trial herein and provided by law.

IX.

Complainant avers that the United States of America through the United States Postal Service is indebted unto complainant in the full sum of $18,014.14.

X.

Complainant has submitted this claim for Administrative Proceedings as required by law.

**WHEREFORE**, complainant prays that the United States of America be served with a copy of this Complaint and after due proceeding are had that there be judgment herein in favor of complainant and against the United States of America, in the full sum of $18,014.14 to compensate damages complained of herein and for all other general and equitable relief that the law and nature of this case may allow.

                                            Respectfully submitted:

                                            RIGUER SILVA, L.L.C.

                                            /s/ Ivan A. Orihuela
                                            IVAN A. ORIHUELA, #23542
                                            3213 Florida Avenue
                                            Suite C
                                            Kenner, Louisiana 70065
                                            Telephone: (504) 466-7507
                                            Facsimile: (504) 466-7508
                                            Email: ivanaorihuela@hotmail.com
                                            ATTORNEY FOR COMPLAINANT

**PLEASE SEE SERVICE INSTRUCTION ON NEXT PAGE**

**PLEASE SERVE:**

SALLY Q. YATES
UNITED STATES ATTORNEY GENERAL
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY
650 Poydras Street
Suite 1600
New Orleans, Louisiana 70130